1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2   BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

5
    1301 Clay Street, Suite 340-S
6   Oakland, California 94612
    Telephone: (510) 637-3693
7   Facsimile:  (510) 637-3724
    E-Mail:    wade.rhyne@usdoj.gov
8

9   Attorneys for the United States of America

**FILED**

DEC 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,            )   No. CR-05-00469 WDB
                                          )
15          Plaintiff,                    )
                                          )   UNITED STATES' MOTION TO DISMISS
16      v.                                )   DEFENDANT LYNNDA SESMA FROM
                                          )   INFORMATION AND [PROPOSED]
17   LYNNDA SESMA,                        )   ORDER
                                          )
18          Defendant.                    )
                                          )
19   _____ )

20

21          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

22   United States Attorney for the Northern District of California moves to dismiss Defendant

23   Lynnda Sesma from the above-captioned information.  Pre-Trial Services has notified the

24   ///

25   ///

26   ///   cc: Stats, Copy to parties via ECF, Prot. Svcs.,
27   ///        US Marshal

28   ///

MOTION TO DISMISS
CR-05-00469 WDB

1 │ United States that Defendant had successfully completed her pre-trial diversion on April 27,

2 │ 2006.

3 │

4 │ DATED: December 21, 2009                    Respectfully Submitted,

5 │                                             JOSEPH P. RUSSONIELLO
  │                                             United States Attorney
6 │

7 │

8 │                                             WADE M. RHYNE
  │                                             Assistant United States Attorney
9 │

10 │                              **ORDER**

11 │        Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is

12 │ granted to the United States to dismiss Defendant Lynnda Sesma from the information in case

13 │ number CR-05-00469 WDB.

14 │

15 │ DATED: _12/22/09_

16 │                                             HON. TIMOTHY J. BOMMER
  │                                             United States Magistrate Judge
17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

MOTION TO DISMISS
CR-05-00469 WDB                              2